IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-01456-PAB-KMT

PHILIP ANDREW; WOLF,

    Plaintiff,

v.

COUNTY OF GILPIN, and
JAMES PETROCK,

    Defendants.

## ORDER

This matter is before the Court on plaintiff's motion for injunctive relief to prevent irreparable harm [Docket No. 3]. Plaintiff appears to have provided notice of the motion to defendants. *See* Docket No. 3 at 1; Docket No. 4. He has not, however, complied with Local Rule 7.1A, which requires that he certify that he "conferred or made reasonable, good faith efforts to confer with opposing counsel . . . to resolve the disputed matter." D.C.COLO.LCivR 7.1A; *see* D.C.COLO.LCivR 65.1A.2. ("The provisions of D.C.COLO.LCivR 7.1A. shall apply to any such motion [for temporary restraining order]."). In light of that failure, it is

**ORDERED** that plaintiff's motion for injunctive relief [Docket No. 3] is DENIED.

DATED July 6, 2010.

                          BY THE COURT:

                          s/Philip A. Brimmer
                          PHILIP A. BRIMMER
                          United States District Judge