IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–01456–PAB–KMT

PHILIP ANDREW WOLF,

    Plaintiff,

v.

COUNTY OF GILPIN, and
JAMES PETROCK,

    Defendants.

---

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

    This matter is before the court on Defendants' Motion to Dismiss (Doc. No. 9) and Defendants' Motion to Supplement their Motion to Dismiss (Doc. No. 16.) On July 26, 2010, Plaintiff filed a First Amended Complaint. (Doc. No. 14.) Accordingly, Defendants Motion to Dismiss and Motion to Supplement are denied without prejudice to refiling based on the operative First Amended Complaint.

    Dated this _29_ day of _July_, 2010.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge